667   In re Air Passenger Computer Reservation Systems Antitrust Litigation

| Date | No. | Description |
|---|---|---|
| 85/10/11 | 1 | MOTION, BRIEF, SCHEDULED ACTIONS (A-1 -- A-4) Certificate of service -- Defendant UNITED AIR LINES INC. -- SUGGESTED TRANSFEREE DISTRICT: Central District of California, SUGGESTED TRANSFEREE JUDGE: Judge Rafeedie |
| 85/10/17 | 2 | JOINDER IN MOTION -- American Airlines w/cert. of svc. (ds) |
| 85/10/18 |  | AMENDED SCHEDULE OF ACTIONS (combining two actions under one number) -- United Airlines Inc. -- Attached to pldg. #1 (cds) |
| 85/10/21 |  | APPEARANCES:  ROBERTS B. OWEN, ESQ. FOR United Air Lines, Inc.; MAXWELL M. BLECHER, ESQ. for USAir, Inc., et al. (cds) |
| 85/10/23 |  | HEARING ORDER -- Setting motion to transfer for Panel Hearing on November 21, 1985 in Portland, Oregon (rh) |
| 85/10/28 | 3 | RESPONSE -- pltfs. USAir, Inc., et al. -- w/cert. of service (cds) |
| 85/10/28 | 4 | RESPONSE -- pltfs. Pacific Express, Inc., et al. -- w/cert. of service  (cds) |
| 85/10/28 | 5 | RESPONSE -- pltfs. Continental Air Lines, Inc., et al. -- w/Appendix A, Exhibits A and B, and cert. of service  (cds) |
| 85/11/05 | 6 | REPLY -- (to Pldg. #1) United Air Lines, Inc. -- w/cert. of svc. (rh) |
| 85/11/05 | 7 | MOTION, BRIEF, SCHEDULED OF ACTIONS -- by American Airlines, Inc. (B-4) New York Airlines, Inc. v. American Air Lines, Inc., et al., N.D. Cal., C.A. No. 85-7471-TEH -- w/cert. of svc.  SUGGESTED TRANSFEREE DISTRICT: CENTRAL DISTRICT OF CALIFORNIA (rh) |
| 85/11/08 | 8 | RESPONSE (to pldg. #7) -- pltf. New York Air Lines, Inc. -- w/Appendix A and Exhibit A and cert. of service  (cds) |
| 85/11/13 |  | AMENDMENT TO HEARING ORDER FILED ON OCTOBER 17, 1985, AS AMENDED ON OCTOBER 23, 1985, NOVEMBER 1, 1985 AND NOVEMBER 12, 1985 -- to include B-4 New York Airlines, Inc. v. American Air Lines, Inc., et al., N.D. Cal., C.A. No. 85-7471-TEH for hearing on November 21, 1985, in Portland, Oregon -- Notified involved counsel, judges and clerks.  (ds) |

JPML FORM 1A

DOCKET ENTRIES

Page 2

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 667 -- In re Air Passenger Computer Reservation Systems Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/11/21 | | HEARING APPEARANCES -- WILLIAM D. IVERSON, ESQ., for United Air Lines, Inc.,; J. EDD STEPP, JR., ESQ., for American Airlines, Inc.,; JAMES J. GARRETT, ESQ., for Continental Air Lines, Inc., et al. (paa) |
| 86/01/09 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Hon. Edward Rafeedie in C.D. California for pretrial proceedings (rh) |
| 86/01/09 | | TRANSFER ORDER -- transferring A-1 thru A-4 to the C.D. California for pretrial proceedings -- Notified involved counsel, misc. recipients, clerks and judges (rh) |
| 89/10/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-5 Frontier Airlines, Inc. v. United Air Lines, Inc., et al., D. Colorado, C.A. No. 89-F-645 -- Notified involved counsel and judges. (ds) |
| 89/10/20 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-5 Frontier Airlines, Inc. v. United Air Lines, Inc., et al., D. Colorado, C.A. No. 89-F-645 -- Notified involved judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 667 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Passenger Computer Reservation Systems Antitrust Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Nov. 21, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Jan. 9, 1986 | TO | unpublished | C.D. Cal. **973** | Hon. Edward Rafeedie | |

### Special Transferee Information

DATE CLOSED: 1/24/91

Anchor-deputy 708.2453
Judy.

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 667 -- In re Air Passenger Computer Reservation Systems Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Continental Air Lines, Inc., et al. v. American Air Lines, Inc., et al. | Cal.,N. Williams | C-85-7131-SW | 1-9-86 | 86-696 ER | 5/7/90 D | |
| A-2 | USAir, Inc., et al. v. American Air Lines, Inc., et al. | Cal.,C. Rafeedie | 84-8918 ER(Tx) | | | 12/15/89 D | |
| A-3 | Pacific Express, Inc, et al. v. United Air Lines, Inc. | Cal.,C. Rafeedie | 84-5185 | | | 1/24/91 D | |
| A-4 | New York Airlines, Inc. v. American Air Lines, Inc., et al. | Cal.,N. Henderson Williams | 85-7471-TEH | 1-9-86 | 86-697 ER | 5/7/90 D | to Blk |
| B-5 | Frontier Airlines, Inc. v. United Air Lines Inc., et al. 10/4/89 | Colo. Finesilver | 89-F-645 | 10-20-89 | 89-6406 | 5/31/90 D | |

July 1988 - 4 Pdg.
July 1989 - Same

July 1990 - 4 dis/1 Pending
July 1991 - 1 dis/Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 667 -- In re Air Passenger Computer Reservation Systems Antitrust Litigation

---

CONTINENTAL AIR LINES, INC., ET AL. (A-1)

James J. Garrett, Esq.
Morrison & Foerster
One Market Plaza
Spear Street Tower
San Francisco, CA  94105

USAir, INC., ET AL.  (A-2)
PACIFIC EXPRESS, INC., ET AL. (A-3)
Maxwell M. Blecher, Esq.
Blecher, Collins & Weinstein
611 West Sixth Street
Suite 2800
Los Angeles, California  90017

NEW YORK AIRLINES, INC. (B-4)
James J. Garrett, Esq.
(Same As A-1)

---

UNITED AIR LINES, INC.
Roberts B. Owen, Esq.
Covington & Burling
1201 Pennsylvania Ave., N.W.
Post Office Box 7566
Washington, D.C.  20044

AMERICAN AIRLINES, INC.
J. Edd Stepp, Jr.
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA  90071
(No Appearance Received)

FRONTIER AIRLINES, INC. (B-5)
H. Thomas Coghill, Esquire
David Richman, Esquire
Dean Neuwirth, Esquire
Coghill & Goodspeed
1675 Broadway, Suite 2800
Denver, Colorado  80202

FRANK R. KENT (Deft. in B-5)
Dale Harris, Esquire
Timothy Tymkovich, Esquire
Lisa Kahn, Esquire
Davis, Graham & Stubbs
370 17th Street, Suite 4700
Denver, Colorado  80202

Covington & Burling
(listed above)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 667 -- In re Air Passenger Computer Reservation Systems Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| American Airlines, Inc. | A-1; A-2; B-4 |
| United Airlines, Inc. | A-1; A-2; A-3; B-4, B-5 |
| Frank R. Kent | B-5 |